Tan May Yen
Glittery Craft
29 Lorong Delima 15B, Bandar Parklands
41200 Klang, Selangor, Malaysia
+60-123399561
conniexan@gmail.com
Date: 24/9/2024

**Pro Se plaintiff**

# UNITED STATES DISTRICT COURT
## For the
## WESTERN DISTRICT OF
## WASHINGTON

| | |
|---|---|
| **Plaintiff:** | Case Number: 2:24-cv-01565-KKE |
| Tan May Yen, doing business as Glittery Craft | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| Vs | |
| **Defendant:**<br>Ko Cheuk Yin,<br>Rm 1133, Building 7,<br>No. 1 Xinghai Road Binhaiwan New Area,<br>Dongguan Guangdong, China<br>stalent.ecm@outlook.com<br>+86 13829142321 | DEMAND FOR JURY TRIAL<br><br>Yes [   ]    No [ √ ] |

Plaintiff, Tan May Yen ("Plaintiff"), doing business as Glittery Craft, and proceeding pro se, hereby

submits this Second Amended Complaint against Ko Cheuk Yin ("Defendant"), and in support

thereof, alleges the following upon personal knowledge about herself and her own actions and upon

information and belief as to all other matters:

**I.      NATURE OF THE ACTION**

1.      This civil action seeks redress for the Defendant's unauthorized reproduction, distribution, and public display of Plaintiff's copyrighted work, titled "Excel Shortcut Keys Mouse Pad - Extended Large XL Cheat Sheet Gaming Mousepad" (the "Work"). Plaintiff seeks injunctive relief, statutory damages, attorney's fees, and costs pursuant to Title 17 of the United States Code.

**II.      JURISDICTION AND VENUE**

2.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as this case involves questions under the Copyright Act of 1976, as amended. Specifically, jurisdiction is grounded under 17 U.S.C. § 101 et seq., which provides the definitions and general provisions governing copyrights, and under 17 U.S.C. § 501, which directly addresses the infringement of copyright and outlines the remedies available for such violations. The plaintiffs allege that the defendant has engaged in unauthorized reproduction and adaptation of copyrighted materials as defined under 17 U.S.C. § 101 and has violated the exclusive rights granted to copyright holders under 17 U.S.C. § 106, actionable under 17 U.S.C. § 501. This combination of statutory provisions comprehensively covers the spectrum of copyright law necessary to adjudicate the claims presented in this case.

3.      Venue is proper under 28 U.S.C. § 1400(a) because the defendant has consented to jurisdiction in any judicial district where Amazon may be found, which includes the Western District of Washington.

## III.    PARTIES

4.    Plaintiff, Tan May Yen, is an individual and the sole proprietor of Glittery Craft, with a principal place of business at 29 Lorong Delima 15B, Klang, 41200, Malaysia. Glittery Craft holds exclusive rights to the Work.

5.    Plaintiff also owns Glittery Craft Limited, a private limited company incorporated in Hong Kong, which operates the Amazon account previously associated with Glittery Craft. This operational change does not affect the ownership and rights asserted in this complaint.

6.    Defendant, Ko Cheuk Yin, is an individual residing at Rm 1133, Building 7, No. 1 Xinghai Road, Binhaiwan New Area, Dongguan, Guangdong, China, and has committed acts of copyright infringement as alleged herein.

## IV.    FACTUAL BACKGROUND

7.    On 13 June 2024, Plaintiff submitted a copyright infringement complaint to Amazon, resulting in the removal of Defendant's listing.

8.    On 18 June 2024, Defendant submitted a Counter-Notification under § 512(g) of the Digital Millennium Copyright Act (DMCA), claiming a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification. As a result of this Counter-Notification, Amazon has informed Plaintiff that the infringing material will be reinstated unless Plaintiff provides notice that a lawsuit has been filed against the counter-noticing party within 10 business days.

9.    That after that plaintiff initiated litigation against Defendant for copyright infringement (Case No. 2:24-cv-00919-JHC), which was dismissed without prejudice due to procedural deficiencies relating to copyright registration, subsequently cured.

10.    Plaintiff is the sole owner of the copyright in the Work, which was duly registered with the United States Copyright Office on June 30, 2024, under Registration No. VA0002411555. The Work was first published on January 8, 2024, making it eligible for copyright protection.

11.    Despite Plaintiff's ownership and registration of the copyright, Defendant has reproduced, distributed, and publicly displayed unauthorized reproductions of the Work through various online platforms, including but not limited to Amazon, under ASIN B0D14B9C6V.

12.    On September 15, 2024, Plaintiff, in a proactive effort to curtail the infringement of her copyrighted material, lodged a further complaint with Amazon. This complaint was part of her continued efforts to enforce her copyright claims. However, in their response dated September 16, 2024, Amazon indicated that they could not take action on the Plaintiff's report, citing specific reasons in the response. This decision underscores the limitations faced by copyright holders in seeking remediation through platform-based enforcement mechanisms, and it highlights the necessity for this Court's intervention to provide adequate relief and uphold the Plaintiff's copyright rights.

13.    Plaintiff hereby submits the following documents as Exhibits to this Complaint to substantiate the assertions made herein and to provide documentary evidence of the ongoing infringement and the corresponding responses from Amazon. These Exhibits include, but are not limited to, the initial complaint to Amazon, Amazon's subsequent responses, and any additional correspondence relevant to this matter. These documents are critical to demonstrating the timeline

of events, the nature of the infringement, and the Plaintiff's diligent efforts to resolve the issue through Amazon's established channels, which have proven insufficient thus far.

## V.    CAUSE OF ACTION FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 106)

Plaintiff, re-alleging and incorporating herein by reference all preceding paragraphs as if fully set forth herein, asserts a claim for copyright infringement against the Defendant under 17 U.S.C. § 106. Plaintiff holds exclusive rights to reproduce, distribute, and publicly display the copyrighted work titled Excel Shortcut Keys Mouse Pad. Despite these rights, the Defendant has unlawfully engaged in the unauthorized reproduction, distribution, and public display of Plaintiff's copyrighted work, without Plaintiff's consent. These actions constitute willful infringement of Plaintiff's copyright, actionable under the aforementioned statute, which has resulted in significant damages to Plaintiff. Accordingly, Plaintiff seeks judicial intervention to enjoin further infringement and to recover statutory damages for the harm sustained due to Defendant's actions.

## VI.    PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully requests that the Court:

a. Grant a preliminary and permanent injunction, enjoining Defendant from further infringement of Plaintiff's copyright.

b. Award statutory damages pursuant to 17 U.S.C. § 504. Since the filing of the initial lawsuit on June 20, 2024, unauthorized reproductions of the copyrighted Work have continued unabated, leading to an ongoing accrual of damages. While the plaintiff initially sought compensation in the amount of $15,000, the continued infringement has resulted in damages that have now become

incalculable. In light of these circumstances, it is respectfully requested that the court award statutory damages in accordance with the provisions set forth in 17 U.S.C. § 504, which allows for such relief in cases where actual damages are difficult to quantify.

c. Order the recovery of costs pursuant to 17 U.S.C. § 505.

d. Grant such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Tan May Yen

Plaintiff, Pro Se

29 Lorong Delima 15B, Bandar Parklands
41200 Klang, Selangor, Malaysia
+60-123399561
conniexan@gmail.com