UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAN MAY YEN,<br><br>            Plaintiff,<br><br>    v.<br><br>KO CHEUK YIN,<br><br>            Defendant. | CASE NO. C24-1565-KKE<br><br>ORDER EXTENDING DEADLINE TO FILE JOINT STATUS REPORT |

The Court has reviewed the joint motion of the parties (Dkt. No. 14) and finds good cause to extend the deadline to file a joint status report and discovery plan. The motion is granted and the joint status report and discovery plan is now due November 19, 2024.

No other deadlines are extended.

Dated this 15th day of November, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING DEADLINE TO FILE JOINT STATUS REPORT - 1