UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAN MAY YEN,<br><br>     Plaintiff,<br><br> v.<br><br>KO CHEUK YIN,<br><br>     Defendant. | CASE NO. 2:24-cv-01565-BAT<br><br>**ORDER REGARDING FILING OF DISCOVERY/EVIDENTIARY MATERIALS** |

  The parties have filed numerous "supplements," "exhibits," "supplementary disclosures," and "supplemental proof." *See*, *e.g.*, Dkts. 13, 16, 18, and 20. The parties are advised that discovery and written evidence is not considered by the Court unless it is attached to and specifically referred to within a written motion. Also, discovery requests (interrogatories, requests for production, requests for admissions) and responses to those discovery requests are not filed with the Court unless they are the subject of a properly filed and noted motion to compel. In a motion to compel, you may attach only those portions of discovery that are relevant to your motion. *See* LCR 37.

  If you want the Court to take an action, you must file a written motion stating what you want the Court to do and provide your reasons for the action. Place the title of your motion in the caption along with a noting date for the Court to review your motion:

  • <u>Note these motions for the day they are filed</u>: (1) stipulated, agreed, and joint submissions; (2) request for over-length pleading; (3) reconsideration; (4) default.

ORDER REGARDING FILING OF
DISCOVERY/EVIDENTIARY MATERIALS -
1

- <u>Note these motions three Fridays after filing</u>: (1) other non-dispositive motions; (2) relief from deadline; (3) protective order; (4) seal; (5) default (where opposing party has appeared); (6) to compel discovery; (7) quash.

- <u>Note these motions four Fridays after filing</u>: (1) dispositive motions (dismissal and summary judgment); (2) preliminary injunctions.

The parties shall refer to the Court's Order Setting Pretrial Deadlines for deadlines related to the filing of motions to dismiss, discovery, and summary judgment. Dkt. 19.

DATED this 21st day of November, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REGARDING FILING OF
DISCOVERY/EVIDENTIARY MATERIALS - 2