UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAN MAY YEN,

               Plaintiff,

  v.

KO CHEUK YIN,

               Defendant.

CASE NO. 2:24-cv-01565-BAT

**ORDER DENYING PLAINTIFF'S MOTION TO EXTEND THE DEADLINE FOR FILING DISCOVERY-RELATED MOTIONS, DKT. 75**

Plaintiff moves to extend the deadline for filing discovery-related motions. Dkt. 75. The November 2024 scheduling order provided that all discovery-related motions were to be noted for consideration no later than April 21, 2025. Dkt. 19, at 2. Moreover, the Court already denied plaintiff's motion to extend the discovery deadlines on April 28, 2025, and all discovery was to have been completed by May 19, 2025. Dkt. 54. Plaintiff did not then and does not now demonstrate good cause for extending a deadline that has long since passed. The Court therefore **DENIES** plaintiff's motion to extend the deadline for filing discovery-related motions.[1] Dkt. 75.

DATED this 17th day of June, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

---

[1] The Court notes that plaintiff incorrectly noted this motion for consideration on the same day it was filed. It should have been noted for 14 days after filing. LCR 7(d)(2).

ORDER DENYING PLAINTIFF'S MOTION
TO EXTEND THE DEADLINE FOR FILING
DISCOVERY-RELATED MOTIONS, DKT. 75
- 1