UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAN MAY YEN,

          Plaintiff,

  v.

KO CHEUK YIN,

          Defendant.

CASE NO. 2:24-cv-01565-BAT

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, DKT. 72**

     Defendant moves for summary judgment, arguing plaintiff's failure to respond to requests for admission means plaintiff has admitted there is no genuine dispute as to any material fact such that defendant is entitled to judgment as a matter of law. **Dkt. 72.** The Court has already determined plaintiff was not obligated to respond to defendant's late-filed requests for admission. Dkt. 87. Defendant has therefore failed to support his motion for summary judgment with competent evidence. Moreover, the Court has already denied defendant's motion to dismiss because plaintiff plausibly alleged a valid copyright and infringement of that copyright, Dkt. 37; and denied plaintiff's motion for summary judgment because there remains a genuine dispute about material facts, Dkt. 46.

     Accordingly, the Court **DENIES** defendant's motion for summary judgment, Dkt. 72, because there remains a genuine dispute about material facts.

ORDER DENYING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT, DKT. 72 - 1

DATED this 11th day of August, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge