UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAN MAY YEN,

                    Plaintiff,

          v.

KO CHEUK YIN,

                    Defendant.

CASE NO. 2:24-cv-01565-BAT

**ORDER DENYING DEFENDANT'S MOTION RE: FILING OF PRETRIAL ORDER, DKT. 102**

Defendant filed a motion seeking relief because plaintiff sent a pretrial statement to defendant and did not file it with the Court. **Dkt. 102**. Defendant requests: (1) plaintiff's pretrial statement not be considered in this litigation, (2) the exclusion of all evidence referenced in the pretrial statement that was not timely disclosed during discovery and all evidence related to defendant's modified mousepad design; and (3) other relief for plaintiff's repeated violations. Dkt. 102, at 3.

There was no requirement for plaintiff to file a pretrial statement with the Court. Local Civil Rule 16(h) provides that "counsel for plaintiff(s) shall serve upon counsel for all other parties (but not file)" the pretrial statement. Similarly, there was no requirement for defendant to have filed a pretrial statement with the Court. LCR 16(i). *See* Dkt. 104. What *is* required is that the parties, after having exchanged pretrial statements and no later than ten days prior to the filing of a proposed pretrial order, "shall cooperate in developing a proposed pretrial order" that "insofar as possible[] be in the form set forth . . . in LCR 16.1." LCR 16(k). That is, the Court

ORDER DENYING DEFENDANT'S MOTION
RE: FILING OF PRETRIAL ORDER, DKT.
102 - 1

expects to receive and review the parties' proposed pretrial order, not the parties' statements exchanged to prepare the proposed pretrial order. Thereafter, the Court may, in its discretion, schedule a final pretrial conference in which a number of issues are addressed, including the sufficiency of the proposed pretrial order. LCR 16(l).

The Court **DENIES** defendant's motion for relief with respect to declaring plaintiff's pretrial statement to be contrary to this Court's orders. Dkt. 102. To the extent defendant seeks exclusion of evidence, the Court will address those questions in the motions in limine or before trial.

DATED this 19th day of March, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING DEFENDANT'S MOTION
RE: FILING OF PRETRIAL ORDER, DKT.
102 - 2