UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAN MAY YEN,

                Plaintiff,

     v.

KO CHEUK YIN,

                Defendant.

CASE NO. 2:24-cv-01565-BAT

**ORDER REGARDING AGREED PRETRIAL ORDER AND SETTING PRETRIAL CONFERENCE FOR MAY 1, 2026**

In violation of this Court's order (Dkt. 89) and LCR 16(e), the parties declined to file an agreed Pretrial Order in the form specified by LCR 16.1. Instead, the parties filed separate proposed pretrial orders, each blaming the other for the inability to come to an agreement. Dkts. 117, 119. This is unreasonable, unacceptable, and galling because an agreed Pretrial Order permits the parties to specify disagreements. They are therefore wasting the Court's time by obligating it to comb through their separate submissions even to discern where they have agreed to disagree. The Court cautions the parties that further clear violations of court rules, orders, propriety, and common decency will not be tolerated and will subject them to monetary or other sanctions.

The Court schedules a **mandatory Pretrial Conference for 9:00 a.m. PST on May 1, 2026, in Courtroom 12A of the United States Courthouse in Seattle, Washington**. Defendant has indicated that he will proceed remotely via Zoom. Plaintiff may participate either in-person or via Zoom. Before that date, the Clerk will send the parties a Zoom link to join the conference.

DATED this 10th day of April, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REGARDING AGREED PRETRIAL
ORDER AND SETTING PRETRIAL
CONFERENCE FOR MAY 1, 2026 - 2